UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-10013-CR-MARTINEZ

UNITED STATES OF AMERICA

       Plaintiff,

vs.

CHARLES R. JAMISON,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on July 24, 2014. A Report and Recommendation was filed on August 28, 2014, **(D.E. No. 25)**, recommending that the Defendant's plea of guilty be accepted. During the Change of Plea hearing, the Magistrate Judge questioned the Defendant regarding his waiver of appeal in which the Defendant acknowledged on the record that he was waiving or giving up all rights to appeal any sentence imposed by the District Court in this case except under the limited circumstances contained within the appeal waiver provision from the Plea Agreement.

The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation (D.E. No.25) of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the one-count Information, which charges him with conspiracy to transport, sell, receive, acquire and purchase fish and wildlife, specifically juvenile bonnethead sharks, with a fair market value in excess of $350.00, and attempt to

do the same, in violation of Title 18, U, S.C. §§ 371 and 2, and 16 U.S.C. §§ 3372(a)(2)(A), 3372(a)(4) and 3373(d)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this __16__ day of September, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSE E. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office